IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: SHARON BOST ) <br> v. WEXFORD HEALTH ) <br> SOURCES, INC. ) <br> ) <br> ) | MISC. NO. 2:19-mc-3887-ECM |

**O R D E R**

Now pending before the Court is the Movant's Motion to Withdraw its Motion to Quash Third-Party Subpoena (doc. 2) filed on August 15, 2019. Upon consideration of the motion, and for good cause shown, it is

ORDERED that the motion to withdraw the motion to quash (doc. 2) is GRANTED and the motion to quash (doc. 1) is WITHDRAWN.

The Clerk of the Court is DIRECTED to close this case.

DONE this 20th day of August, 2019.

        /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE